**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

In re:

                                                                                     Case No.: 22-13190-LMI
                                                                                                       Chapter 13

**DELIA V CASTELLANOS,**

    Debtor.
_____/

**MOTION TO VACATE ORDER**
**GRANTING ATTORNEY REPRESENTED DEBTOR'S**
**VERIFIED OUT OF TIME MOTION FOR REFERRAL TO MORTGAGE**
**MODIFICATION MEDIATION [D.E. 48] AND REQUEST FOR SANCTIONS**

Secured Creditor, U.S. Bank Trust National Association, as Trustee of the Lodge Series III Trust as Serviced by S.N. Servicing Corporation**,** ("Secured Creditor"), by and through its undersigned attorney, hereby files this Motion to Vacate Order Granting Attorney Represented Debtor's Verified Out of Time Motion for Referral to Mortgage Modification Mediation [D.E. 48] and Request for Sanctions. In support of its Motion, Secured Creditor states as follows:

1.     On April 25, 2022 (the "Petition Date"), the Debtor filed its Voluntary Petition under Chapter 13 of the United States Bankruptcy Code [D.E. 1].

2.     On June 1, 2022, Secured Creditor's timely filed Proof of Claim 1-1 ("the Claim") which evidenced a total secured claim of $700,527.87, an arrearage of $523,723.45 and a regular post-petition contractual monthly payment of $2,676.20.

3.     On July 22, 2022, this Court entered an Order Granting Trustee's Request for Order Dismissing Case Upon Denial of Confirmation of Plan [D.E. 22] (the "Dismissal Order").

4. On August 12, 2022, the Debtor filed its Attorney Represented Debtor Verified Out of Time Motion for Referral to Mortgage Modification Mediation with Secured Creditor [D.E. 27] with Secured Creditor.

5. On September 12, 2022, this Court entered an Order Granting Motion to Reinstate Case [D.E. 34] (the "Order Reinstating the Case").

6. On November 1, 2022, the Debtor filed its Second Amended Chapter 13 Plan [D.E. 44] which indicated that the Debtor intended on participating in Mortgage Modification Mediation ("MMM") with Secured Creditor and contained a MMM adequate protection payment of $1,121.68 in months 1-3 and $1,753.00 in months 4-36.

7. On November 22, 2022, this Court entered an Order Granting Attorney Represented Debtor's Verified Out of Time Motion for Referral to Mortgage Modification Mediation [D.E. 48] (the "MMM Order").

8. On December 16, 2022, this Court entered an Order Confirming the Second Amended Plan [D.E. 51].

9. Pursuant to Paragraph # 7 of the MMM Order, Debtor's attorney shall, within seven days after the filing of Debtor's Notice of Selection of Mortgage Modification Mediator (or Notice of Clerk's Designation of Mortgage Modification Mediator), or after confirming that the Lender is registered on the MMM Portal, whichever occurs later, remit to the MMM Portal the required non-refundable MMM Portal submission fee in the amount $60.00, and upload to the MMM Portal the following (collectively, the "Completed Package"): (a) Debtor's loan modification package (prepared using the Document Preparation Software); (b) a copy of this Order; and (c) any additional lender-specific information identified by Lender on the MMM Portal.

10. Secured Creditor has been registered on the portal since prior to the inception of this bankruptcy case. To date, the Debtor has failed to register on the portal, open the file on the portal and submit the Completed Package. Therefore, the Debtor is in direct violation of paragraph # 7 of the MMM Order.

11. Undersigned counsel's office has reached out to Debtor's counsel's office on multiple occasions to attempt to resolve this matter. However, the Debtor has still failed to comply with the MMM Order.

12. Additionally, pursuant to Paragraph # 25 of the MMM Order, "[i]f any parties or counsel fail to comply with the terms of this Order, the Court will consider a motion to vacate the Order and may also impose sanctions." Secured Creditor hereby requests that this Court vacate the MMM Order and impose sanctions on the Debtor in light of the clear lack of good faith and failure to comply with the MMM Order.

13. Additionally, Secured Creditor has expended additional attorney's fees associated with the filing of this instant Motion and seeks recovery of same.

14. Secured Creditor seeks entry of an order vacating the Order Granting Attorney Represented Debtor's Verified Out of Time Motion for Referral To Mortgage Modification Mediation, (ii) sanctioning the Debtor for noncompliance, and (iii) directing the Debtor to pay Secured Creditor reasonable attorney's fee associated with the prosecution of this Motion.

**WHEREFORE**, Secured Creditor, prays that this Court grant the Motion to Vacate Order Granting Attorney Represented Debtor's Verified Out of Time Motion for Referral To Mortgage Modification Mediation [D.E. 48] and Request for Sanctions, award attorney's fees for

*Case No.: 1:22-bk-13190*

the prosecution of this Motion, and granting any further relief that this Court deems just and proper.

**Dated this 2nd day of March, 2023.**

        Respectfully submitted,

        **GHIDOTTI | BERGER, LLP**
        *Attorneys for Secured Creditor*
        1031 N Miami Beach Blvd
        Miami, Florida 33162
        Telephone: (305) 501.2808
        Facsimile: (954) 780.5578

        By:   /s/ Melbalynn Fisher
             Melbalynn Fisher, Esq.
             Florida Bar No. 107698
             mfisher@ghidottiberger.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 2, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**Delia V Castellanos**
9221 SW 72 Street
Miami, FL 33173

*Case No.: 1:22-bk-13190*

*Debtor's Counsel*
**James A Poe**
9500 S. Dadeland Blvd #701
Miami, FL 33156

*Trustee*
**Nancy K. Neidich**
POB 279806
Miramar, FL 33027

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

By:   /s/ Melbalynn Fisher
      Melbalynn Fisher, Esq.

- 5 -