

ORDERED in the Southern District of Florida on May 11, 2023.

Laurel M. Isicoff
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAIMI DIVISION**
www.flsb.uscourts.gov

In re:

Case No. 22-13190-LMI
Chapter 13

**DELIA V CASTELLANOS,**

   Debtor.
_____/

**ORDER GRANTING IN PART AND
CONTINUING IN PART MOTION TO VACATE
ORDER GRANTING ATTORNEY REPRESENTED DEBTOR'S
VERIFIED OUT OF TIME MOTION FOR REFERRAL TO MORTGAGE
MODIFICATION MEDIATION [D.E. 48] AND REQUEST FOR SANCTIONS [D.E. 57]**

**THIS MATTER** came before the Court on May 2, 2023 at 9:00a.m. upon U.S. Bank Trust National Association, as Trustee of the Lodge Series III Trust's ("Movant") Motion to Vacate Order Granting Attorney Represented Debtor's Verified Out Of Time Motion For Referral To Mortgage Modification Mediation [D.E. 48] and Request for Sanctions [D.E. 57] (the "Motion to Vacate"). The Court being fully advised of the premises and for the reasons stated on the record, it is

   **ORDERED**:

*Case No.: 22-13190-LMI*

1.    The Motion to Vacate is **GRANTED IN PART** and **CONTINUED IN PART**, as set forth herein.

2.    Secured Creditor's request for an award of the reasonable attorney's fees and costs incurred in the filing and the prosecution of the Motion to Vacate is **GRANTED.** The reasonable attorney fees and costs incurred are hereby deemed recoverable from the Debtor despite the Court's ultimately ruling on the Motion to Vacate. Secured Creditor shall file a Notice of Filing of Attorney's Fees and Costs (the "Notice of Filing") with an itemized list of the attorney's fees and costs that have been incurred in the filing and prosecution of the Motion to Vacate. The Debtor shall file an objection, if applicable, within 14 days of the filing of the Notice of Filing.

3.    The hearing on the remaining issues raised in the Motion to Vacate is **CONTINUED** to June 6, 2023 at 9:00 a.m.

4.    The hearing scheduled by this notice will take place only by video conference. DO NOT GO TO THE COURTHOUSE. Attorneys must advise their clients not to appear at the courthouse. Although conducted by video conference, the hearing is a court proceeding. The formalities of the courtroom must be observed. All participants must dress appropriately, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court.

5.    To participate in the hearing, you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJItduiqqz4iGPWRbYC6YTes9xqj5mxBNU4

*Case No.: 22-13190-LMI*

- 3 -

6.  PLEASE NOTE: No person may record the proceedings from any location by any means. The audio recording maintained by the Court will be the sole basis for creation of a transcript that constitutes the official record of the hearing.

7.  The Court shall retain jurisdiction over this matter to consider and enter such further relief necessary to enforce the terms and conditions of this Order.

###

Submitted by:
**Melbalynn Fisher, Esq.**
Florida Bar No. 107698
mfisher@ghidottiberger.com
**GHIDOTTI | BERGER, LLP**
1031 N Miami Beach Blvd.
Miami, Florida 33162
Telephone: (305) 502-2808
Facsimile: (954) 780-5578

Attorney Melbalynn Fisher is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.