**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

                                                                      Chapter 13
                                       Case No.: 22-13190-LMI

**Delia V Castellanos**

Debtor.
_____/

<u>**NOTICE OF FILING OF ATTORNEY'S FEES AND COSTS**</u>

      **PLEASE TAKE NOTICE** that Secured Creditor, **U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE LODGE SERIES III TRUST,** by and through its undersigned attorneys, hereby files this Notice of Filing of attorney's fees and costs relating to the Motion to Vacate Order on Verified Out of Time Motion for Referral to Mortgage Modification, in addition to Motion for Sanctions [D.E. 57] (the "Motion"). Attorney's fees and costs in the amount of $2,688.36 were incurred to date in the filing and prosecution of the Motion including the following:

- 0.3 hrs at $300 – ($90) - Review of the MMM Order, portal, and email correspondence with client and Debtor`s counsel.

- 1.8 hrs at $300 – ($540) - Drafting, revising, and finalizing Motion to Vacate MMM order and request for Sanctions.

- 0.6 at $175.00 for hourly paralegal fee ($105) – Filing and serving of Motion to Vacate, drafting, filing and serving of Notice of Hearing and Proof of Service, and drafting of Order Continuing Hearing.

- $3.36 – Postage costs.

*Case No.: 22-13190-LMI*

- 0.6 hrs at $300 – ($180) – Review of MMM Portal, and email correspondence with Debtor's counsel and client regarding potential settlement.

- 2.3 hrs at $300 – ($690) – Preparation for and attendance at Motion to Vacate MMM Order hearing and update to client and file.

- 0.5 hrs at $300 – ($150) – Preparation for continued hearing on Motion to Vacate MMM Order.

- 2.6 hrs at $300 – ($780) – Attendance at hearing on Motion to Vacate MMM Order and update to client.

- 0.5 hours at $300 – ($150) – Preparation of proposed order and email correspondence with Debtor's counsel.

**Dated this 18th day of May, 2023.**

Respectfully submitted,

**GHIDOTTI | BERGER, LLP**
*Attorneys for Secured Creditor*
1031 N. Miami Beach Blvd.
North Miami Beach, Florida 33162
Telephone: (305) 501.2808
Facsimile: (954) 780.5578

By: ___/s/ Melbalynn Fisher___
Melbalynn Fisher, Esq.
Florida Bar No. 107698
mfisher@ghidottiberger.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 18, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

Case No.: 22-13190-LMI

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

| | |
|---|---|
| ***Debtor*** | ***U.S. Trustee*** |
| **Delia V Castellanos** | **United States Trustee - ORL7/13, 7** |
| 9221 SW 72 Street | 51 S.W. 1st Ave. |
| Miami, FL 33173 | Suite 1204 |
| | Miami, FL 33130 |
| | |
| ***Debtor's Counsel*** | ***Trustee*** |
| **James A Poe** | **Nancy K. Neidich** |
| 9500 S. Dadeland Blvd #701 | www.ch13miami.com |
| Miami, FL 33156 | POB 279806 |
| | Miramar, FL 33027 |

By:   /s/ Melbalynn Fisher
        Melbalynn Fisher, Esq.