

ORDERED in the Southern District of Florida on June 13, 2023.

Laurel M. Isicoff
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAIMI DIVISION
www.flsb.uscourts.gov

In re:

        Case No. 22-13190-LMI
        Chapter 13

**DELIA V CASTELLANOS,**

   Debtor.
_____/

ORDER GRANTING IN PART MOTION TO VACATE
ORDER GRANTING ATTORNEY REPRESENTED DEBTOR'S
VERIFIED OUT OF TIME MOTION FOR REFERRAL TO MORTGAGE
MODIFICATION MEDIATION [D.E. 48] AND REQUEST FOR SANCTIONS [D.E. 57]

**THIS MATTER** came before the Court on June 6, 2023 at 9:00a.m. upon U.S. Bank Trust National Association, as Trustee of the Lodge Series III Trust as Serviced by S.N. Servicing Corporation's ("Movant") Motion to Vacate Order Granting Attorney Represented Debtor's Verified Out Of Time Motion For Referral To Mortgage Modification Mediation [D.E. 48] and Request for Sanctions [D.E. 57] (the "Motion to Vacate"). The Court being fully advised of the premises and for the reasons stated on the record, it is

**ORDERED**:

Case No.: 22-13190-LMI

1. The Motion to Vacate is **GRANTED IN PART and DENIED IN PART,** as set forth herein.

2. Secured Creditor's request to vacate the Order Granting Attorney Represented Debtor's Verified Out Of Time Motion for Referral to Mortgage Modification Mediation [D.E. 48] (the "MMM Order") entered on November 22, 2022 is GRANTED. The MMM Order is hereby vacated. The parties are no longer required to participate in mortgage modification mediation.

3. Secured Creditor's request for sanctions is DENIED without prejudice.

4. The Debtor shall file an Amended Plan that removes the Mortgage Modification Mediation treatment within fourteen (14) days of the entry of this Order.

5. The Court shall retain jurisdiction over this matter to consider and enter such further relief necessary to enforce the terms and conditions of this Order.

###

Submitted by:
**Melbalynn Fisher, Esq.**
Florida Bar No. 107698
mfisher@ghidottiberger.com
**GHIDOTTI | BERGER, LLP**
1031 N Miami Beach Blvd.
Miami, Florida 33162
Telephone: (305) 502-2808
Facsimile: (954) 780-5578

Attorney Melbalynn Fisher is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.