

**ORDERED in the Southern District of Florida on July 24, 2023.**

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

___

```
            UNITED STATES BANKRUPTCY COURT
              SOUTHERN DISTRICT OF FLORIDA
                  www.flsb.uscourts.gov

IN RE:                                    CASE NO. 22-13190-BKC-LMI
DELIA V CASTELLANOS,
          DEBTOR(S).
_____/
```

### ORDER DENYING DEBTOR'S MOTION TO MODIFY PLAN (ECF #69)

THIS CASE came on to be heard on July 11, 2023, for the Debtor's Motion to Modify Plan (ECF #69) and based on the record, it is

ORDERED as follows:

1. The Debtor's Motion to Modify (ECF #69) and modified plan are denied without prejudice as a new modified plan was not filed by the deadline given of Friday, July 14, 2023.

###

PREPARED BY:
NANCY K. NEIDICH, ESQUIRE, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806, MIRAMAR, FL 33027-9806

JAMES ALAN POE, ESQUIRE is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF, and file a proof of such service within two (2) business days from entry of the Order.